

266 So.2d 425

**CITY OF BATON ROUGE et al.**

v.

**George E. McNUTT, Jr., et al.**

No. 52688.

Sept. 20, 1972.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.

SUMMERS, J., is of opinion the result only is correct.

■

266 So.2d 425

**Janet VAUGHN, wife of/and Stanley Vaughn**

v.

**COMMERCIAL UNION INSURANCE COMPANY OF NEW YORK.**

No. 52677.

Sept. 20, 1972.

■

266 So.2d 426

**Leslie Lea HARVEL et al**

v.

**Lex JENKINS et al.**

No. 52687.

Sept. 20, 1972.

Application denied. The judgment is not final.